PENNSYLVANIA CODE OF JUDICIAL CONDUCT

## Preamble

\*\*\*

[8] The **[Ethics Committee of the Pennsylvania Conference of State Trial Judges]** **<u>Pennsylvania Judicial Ethics Advisory Board</u>** is designated as the approved body to render advisory opinions **<u>and general guidance</u>** regarding ethical concerns involving judges, other judicial officers and judicial candidates subject to the Code of Judicial Conduct. **[Although such opinions are not, per se, binding upon the Judicial Conduct Board, the Court of Judicial Discipline or the Supreme Court of Pennsylvania, a]<u>A</u>**ction taken in reliance thereon and pursuant thereto shall be **[taken into account]** **<u>treated as set forth in Rules 103 and 206 of the Rules of the Pennsylvania Judicial Ethics Advisory Board</u>** in determining whether discipline should be recommended or imposed.

\*\*\*